**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| LÁZARO BENITEZ CARBALLO, )<br><br>  Petitioner, )<br><br>v. )<br><br>CHRISTOPHER BULLOCK, New Orleans )<br>Field Office Director of Immigration and )<br>Customs Enforcement, Enforcement and )<br>Removal Operations, )<br><br>  Respondent. ) | No. 2:26-cv-02902-SHL-atc |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner's Petition (ECF No. 1), filed July 21, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 11), filed July 27, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 30, 2026
Date